# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2673

_____

| | | |
|---|---|---|
| Michael Carmie Antonelli, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Linda Sanders, Warden, FCI, | * | |
| Forrest City, Arkansas, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 27, 2007
Filed: May 9, 2007

_____

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael Carmie Antonelli appeals following the district court's[1] dismissal of his 28 U.S.C. § 2241 petition and denial of his motions for relief from judgment and for a protective order. We conclude that the dismissal of the section 2241 petition was proper for the reasons explained by the district court, see Abdullah v. Hedrick, 392

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

F.3d 957, 959 (8th Cir. 2004) (de novo standard of review), and that the district court did not abuse its discretion in denying the motions, see Sanders v. Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988) (relief from judgment); Goff v. Harper, 60 F.3d 518, 520-21 (8th Cir. 1995) (injunctive relief).

Accordingly, we affirm the district court's judgment.

_____